UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Eduardo Fermin M. Garcia and** Christian Baltazar Reynoso Aguilar,<br><br>　　　　Petitioners,<br>　v.<br>JAMES JANECKA (Warden) *et al.,*<br><br>　　　　Respondents. | **ORDER**<br>ED CV 25-03022-VBF-AS |

　　Proceeding through counsel, petitioners filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241, Document ("Doc") 1 on November 11, 2025, and an application for a temporary restraining order ("TRO") (Doc 6) on November 12, 2025.

　　**No later than 11:59 p.m. on Friday, November 14, 2025, respondents SHALL FILE a response to the plaintiff's TRO / PI application.**

　　**No later than 11:59 p.m. on Monday, November 17, 2025, petitioners MAY FILE A REPLY.** IT IS SO ORDERED.

Dated: November 12, 2025

　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　Senior United States District Judge