UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO FERMIN MAZARIEGOS GARCIA AND CHRISTIAN BALTAZAR REYNOSO AGUILAR,<br><br>Petitioners,<br><br>v.<br><br>JAMES JANECKA, Warden of the Adelanto Detention Center et al.,<br><br>Respondents. | Case No.:<br><br>5:25-cv-03022-VBF-AS<br><br>Hon: Judge Valerie Baker Fairbank<br><br>**Issuing TRO and Directing Respondents to Show Cause in Writing Why Court Should Not Issue a Preliminary Injunction** |

Petitioners' Motion for Temporary Restraining Order is GRANTED.

EDUARDO FERMIN MAZARIEGOS GARCIA AND CHRISTIAN BALTAZAR REYNOSO AGUILAR, Petitioners in this case, SHALL be released immediately from Respondents' custody.

Respondents are ENJOINED AND RESTRAINED from rearresting or re-detaining Petitioners absent compliance with constitutional protections, which include at a minimum, pre-deprivation notice—describing the change of circumstances necessitating his arrest and detention, and a timely bond hearing. At any such hearing, the Government SHALL bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

No later than Saturday, November 29, 2025, respondents SHALL SHOW CAUSE, in writing, why the Court should not issue a Preliminary Injunction.

ISSUING TRO AND DIRECTINGRESPONDENTS TO SHOW CAUSE IN WRITING WHY COURT SHOULD NOT ISSUE A PRELIMINARY INJUNCTION - 1

No later than 11:59 p.m. on Tuesday, December 2, 2025, petitioners SHALL FILE A RESPONSE.

The Court finds that no bond is necessary or equitable in this case.

The Court finds the request for a preliminary injunction to be suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated:        November 20, 2025                    /s/ Valerie Baker Fairbank
                                                   _____
                                                   Senior United States District Judge