1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO FERMIN MAZARIEGOS GARCIA AND CHRISTIAN BALTAZAR REYNOSO AGUILAR, | Case No.: |
| | 5:25-cv-03022-VBF-AS |
| Petitioners, | Hon. Judge Valerie Baker Fairbank |
| v. | **ORDER ISSUING PRELIMINARY INJUNCTION** |
| JAMES JANECKA (Warden of the Adelanto Detention Center) et al., | |
| Respondents. | |

1. Petitioner's Motion for Preliminary Injunction is GRANTED.

2. EDUARDO FERMIN MAZARIEGOS GARCIA AND CHRISTIAN BALTAZAR REYNOSO AGUILAR, Petitioners in this case, SHALL be released immediately from Respondents' custody on the same conditions of supervision that were in place prior to their arrest.

3. Respondents are ENJOINED from rearresting or redetaining Petitioners absent compliance with constitutional protections, which include at a minimum, pre-deprivation notice—describing the change of circumstances necessitating his arrest and detention, and a timely bond hearing.

ORDER ISSUINGPRELIMINARY INJUNCTION - 1

4. At any such hearing, the Government SHALL bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

5. The Court finds that no bond is necessary.

IT IS SO ORDERED.

Dated:  December 4, 2025

*Valerie Baker Fairbank*

_____

Senior United States District Judge

ORDER ISSUINGPRELIMINARY INJUNCTION - 2