**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Eduardo Fermin Mazariegos Garcia &** Christian Baltazar Reynoso Aguilar,<br>Petitioner,<br>v.<br>JAMES JANECKA (Warden, Adelanto ICE Facility) *et al.*,<br>Respondents. | **ORDER**<br>LA CV 25-03022-VBF-AS<br>**Requiring Response to Objections;** Permitting Petitioner to Reply |

Petitioner filed timely specific objections to the Report and Recommendation.

No later than Friday, November 20, 2026, the respondents SHALL FILE a brief responding to petitioner's objection regarding his Fourth Amendment claim.

No later than Friday, December 4, 2026, petitioner MAY FILE a reply brief.

IT IS SO ORDERED.

Dated: October 23, 2026

Valerie Baker Fairbank

Honorable Valerie Baker Fairbank
Senior United States District Judge